### IN THE UNITED STATES DISTRICT COURT
### FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| In re Subpoena to Havas Media Group USA, LLC, | § § § § § § § § § | Civil Action No. 3:23-mc-03007 |

### GOOGLE USA, LLC'S MOTION FOR LEAVE TO FILE A REPLY

Pursuant to Local Rule 7.1(B)(3), Google LLC ("Google") respectfully moves this Court for leave to file a reply in support of its Motion to Compel Havas Media Group USA, LLC ("Havas").

In support if its request, Google states as follows:

1. In the more than five months since Google served its subpoenas on Havas, Havas has not once disputed the place of compliance listed in the subpoena. Havas raised this (late) objection for the first time after Google filed its motion to compel and in its opposition to Google's motion. Because this is a new objection raised by Havas that had not yet been discussed in the parties' prior meet and confers and is thus not addressed in Google's motion, Google respectfully requests to file a reply addressing this argument.

2. Relatedly, Havas includes in its opposition a request to transfer Google's motion to two different districts in light of its new objection to the place of compliance in the subpoenas. Google respectfully requests a reply to respond to the request to transfer, raised for the first time in Havas' opposition.

3. Havas' opposition to the motion to compel contains several misstatements, including in its request for fees, and Google respectfully requests to file a reply to correct these misstatements for the Court's consideration.

For the foregoing reasons, Google respectfully moves the Court for leave to file a reply in support of its motion to compel. A copy of the proposed reply is attached as Exhibit A.

Dated: October 30, 2023

Respectfully submitted,

/s/ Michael W. Drumke
Michael W. Drumke
Swanson, Martin & Bell, LLP
330 North Wabash Avenue, Suite 3300
Chicago, Illinois 60611-3604
Telephone: (312) 222-8523
E-mail: mdrumke@smbtrials.com

Jamie Alan Aycock
(*pro hac vice application forthcoming*)
Ayla S. Syed
(*pro hac vice application forthcoming*)
Yetter Coleman LLP
811 Main Street, Suite 4100
Houston, Texas 77002
(713) 632-8000
jamieaycock@yettercoleman.com
asyed@yettercoleman.com

*Attorneys for Google LLC*