# Exhibit 1

# Syed, Ayla

| | |
|---|---|
| **From:** | Aycock, Jamie |
| **Sent:** | Thursday, September 21, 2023 6:52 PM |
| **To:** | Rader, Scott; Syed, Ayla |
| **Cc:** | Galliher, Erin; Smith, Courtney; craig.reilly@ccreillylaw.com |
| **Subject:** | Re: United States, et al. v. Google LLC, No. 1:23-cv-00108 (E.D. Va) - Havas |

Scott - this is a late objection.  No.

**Jamie Alan Aycock | Partner | Yetter Coleman LLP**
811 Main Street, Suite 4100, Houston, Texas 77002
(O) 713.632.8089 | (M) 713.306.0455
jamieaycock@yettercoleman.com |yettercoleman.com|vCard



---

**From:** Rader, Scott <SARader@mintz.com>
**Sent:** Thursday, September 21, 2023 6:28:55 PM
**To:** Syed, Ayla <asyed@yettercoleman.com>
**Cc:** Galliher, Erin <EEGalliher@mintz.com>; Aycock, Jamie <jamieaycock@yettercoleman.com>; Smith, Courtney <csmith@yettercoleman.com>; craig.reilly@ccreillylaw.com <craig.reilly@ccreillylaw.com>
**Subject:** Re: United States, et al. v. Google LLC, No. 1:23-cv-00108 (E.D. Va) - Havas

Ayla,

The Central District of Illinois is not the proper place for compliance and your motion is not properly made in the Central District of Illinois.  Will you agree to re-file in the proper district?  Please advise.

Thanks,
Scott

> On Sep 21, 2023, at 4:19 PM, Syed, Ayla <asyed@yettercoleman.com> wrote:
>
> Scott,
>
> The subpoenas were served on Havas's registered agent, which is located in Springfield, IL, and included a place of compliance near Springfield.  Pursuant to Federal Rule of Civil Procedure 45(d)(2)(i), the serving party "may move the court for the district where compliance is required for an order compelling production or inspection."  Here, that district is the Central District of Illinois, based on the place of compliance in the subpoenas, and we were required to file there.
>
> Havas accepted service of the subpoenas and has never contested service or the place of compliance.
>
> Happy to discuss,

Ayla

**Ayla Syed | Associate | Yetter Coleman LLP**
811 Main Street, Suite 4100, Houston, Texas 77002
(D) 713.457.3093 | (M) 281.772.1494 | (O) 713.632.8000
asyed@yettercoleman.com | Bio | vCard
*she, her, hers*

This transmission is confidential and intended solely for the person or organization to which it is addressed. It may contain privileged and confidential information. If you are not the intended recipient, you should not copy, distribute or take any action in reliance on it. If you have received this transmission in error, please notify the sender at the e-mail address above.

**From:** Rader, Scott <SARader@mintz.com>
**Sent:** Thursday, September 21, 2023 10:31 AM
**To:** Syed, Ayla <asyed@yettercoleman.com>
**Cc:** Galliher, Erin <EEGalliher@mintz.com>; Aycock, Jamie <jamieaycock@yettercoleman.com>; Smith, Courtney <csmith@yettercoleman.com>; craig.reilly@ccreillylaw.com
**Subject:** RE: United States, et al. v. Google LLC, No. 1:23-cv-00108 (E.D. Va) - Havas

Ayla,

I will get back to you as soon as possible on service. In the meantime, can you please let us know why this motion was filed in the Central District of Illinois given that Havas is not headquartered there and the underlying actions are in the Eastern District of Virginia and the Southern District of New York?

Thanks,
Scott

**From:** Syed, Ayla <asyed@yettercoleman.com>
**Sent:** Wednesday, September 20, 2023 7:22 PM
**To:** Rader, Scott <SARader@mintz.com>
**Cc:** Galliher, Erin <EEGalliher@mintz.com>; Aycock, Jamie <jamieaycock@yettercoleman.com>; Smith, Courtney <csmith@yettercoleman.com>; craig.reilly@ccreillylaw.com
**Subject:** RE: United States, et al. v. Google LLC, No. 1:23-cv-00108 (E.D. Va) - Havas

Scott,

Please find attached a copy of the motion to compel Havas Media filed by Google. Will you consent to waiving service of the summons in this matter? If so, please return back the attached waiver of service form.

Thank you,

Ayla

**Ayla Syed | Associate | Yetter Coleman LLP**
811 Main Street, Suite 4100, Houston, Texas 77002
(D) 713.457.3093 | (M) 281.772.1494 | (O) 713.632.8000
asyed@yettercoleman.com | Bio | vCard
*she, her, hers*

This transmission is confidential and intended solely for the person or organization to which it is addressed. It may contain privileged and confidential information. If you are not the intended recipient, you should not copy, distribute or take any action in reliance on it. If you have received this transmission in error, please notify the sender at the e-mail address above.

2