UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| GOOGLE, LLC | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 3:23-mc-03007 |
| | ) | |
| HAVAS MEDIA GROUP USA, LLC | ) | Hon. Colleen R. Lawless |
| | ) | Magistrate Judge Karen L. |
| Defendant. | ) | McNaught |
| | ) | |

## HAVAS MEDIA GROUP USA, LLC'S MOTION FOR LEAVE TO FILE A SURREPLY

Daniel R. Thies
WEBBER & THIES, P.C.
202 Lincoln Square, P.O. Box 189
Urbana, Illinois 61803-0189
(217) 367-1126

Scott A. Rader (*pro hac vice* application forthcoming)
MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C.
919 Third Avenue, 39th Floor
New York, New York 10017
(212) 935-3000

*Attorneys for Havas Media Group USA, LLC*

Havas Media Group USA, LLC ("Havas") respectfully moves this Court for leave to file a surreply in opposition to the motion to compel subpoena compliance (Dkt 1) filed by Google LLC ("Google"). In support of its request, Havas states as follows:

1. Google's Reply in Support of Its Motion to Compel Havas (the "Reply", Dkt 11-1) raises new arguments that were not raised in Google's moving brief and that Havas did not previously have an opportunity to address, such as, *inter alia*:

   a. Google argues for the first time in its Reply that Havas has supposedly delayed resolution of this motion by asking the Court to enforce the geographic protections Rule 45 affords non-party subpoena recipients. Havas in its proposed surreply clarifies the record with respect to any purported delay.

   b. Google argues for the first time in its Reply that jurisdiction in this District is proper because Google served Havas's registered agent in Springfield, Illinois, and Havas maintains an office in Chicago. Havas in its proposed surreply explains why neither fact gives rise to jurisdiction.

2. Google's Reply further contains numerous misstatements that must be corrected so the Court can rule upon an accurate record. For example:

   a. Google states in its Reply that "Google filed the instant motion to compel well before the discovery cutoff" in the Eastern District of Virginia action. (Reply at 6.) But this is false. Google filed its motion to compel on September 7, 2023, the day before the close of third party discovery in the Eastern District of Virginia action, which was September 8, 2023. Havas's proposed surreply corrects Google's misrepresentation.

b. Google argues that it never represented in the underlying litigations that it could obtain the discovery it needs for its *Illinois Brick* defense from the DOJ. But this is false. Google argued in the underlying litigations that the DOJ should be compelled to provide the requested discovery because this discovery could be obtained, as the Magistrate Judge handling discovery ruled, from the DOJ through "a request for admission and a couple of quickie interrogatories." E.D. Va. Action, Apr. 28, 2023 Hr'g Tr. (Dkt. No. 164), at 21:15-23 (Rader Decl. Ex. 3). Havas's proposed surreply corrects this misrepresentation.

For the foregoing reasons and other reasons set forth in Havas's proposed surreply, Havas respectfully moves the Court for leave to file a surreply in opposition to Google's motion to compel. A copy of the proposed surreply is attached hereto as Exhibit A.

Dated: November 6, 2023
Urbana, Illinois

By  s/Daniel R. Thies

Daniel R. Thies (ARDC# 6304141)
WEBBER & THIES, PC
202 Lincoln Square, P.O. Box 189
Urbana, Illinois 61803-0189
(217) 367-1126
danielthies@webberthies.com

Scott A. Rader (SARader@mintz.com) (*pro hac vice* application forthcoming)
MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C.
919 Third Avenue, 39th Floor
New York, New York 10017
(212) 935-3000

*Attorneys for Havas Media Group USA, LLC*

## CERTIFICATE OF SERVICE

     I hereby certify that on November 6, 2023, I electronically filed the foregoing Motion for Leave to File a Surreply with the Clerk of the Court using the CM / ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Michael W. Drumke<br>Swanson, Martin & Bell, LLP<br>330 North Wabash Avenue, Suite 3300<br>Chicago, Illinois 60611-3604<br>Telephone: (312) 222-8523<br>E-mail: mdrumke@smbtrials.com | Ayla S Syed<br>Yetter Coleman LLP<br>811 Main Street<br>Suite 4100<br>Houston, TX 77002<br>Email: asyed@yettercoleman.com |

Jamie Alan Aycock
Yetter Coleman LLP
811 Main Street
Suite 4100
Houston, TX 77002
Email: jamieaycock@yettercoleman.com


                                              s/ Daniel R. Thies
                                              One of the Attorneys for Defendant
                                              **Havas Media Group USA, LLC**